JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CSBN 220767)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6833
   Facsimile: (415) 436-7234
   katherine.dowling@usdoj.gov

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0928 MMC |
| Plaintiff, | ) | [PROPOSED] ORDER RE: GOVERNMENT'S MOTION TO APPEAL BAIL ORDER |
| v. | ) | |
| TRAVON JACOBS, | ) | |
| Defendant. | ) | |

   Based upon the appeal of the government and a hearing held on January 16, 2009 on that appeal, and for good cause shown, the United States of America's appeal of Magistrate Judge Elizabeth D. Laporte's order granting defendant pretrial release is GRANTED.

//
//
//
//

Because the Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community, IT IS HEREBY ORDERED pursuant to 18 U.S.C § 3142(a)(4) and 18 U.S.C. § 3142(e) that defendant Travon Jacobs be detained pending trial in this matter.

DATED: January 20, 2009

HON. MAXINE M. CHESNEY
United States District Court Judge