JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6833
    Facsimile: (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0928 MMC |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| TRAVON JACOBS, ) | |
|     Defendant. ) | |

    On December 31, 2008, the parties appeared before the Magistrate Court for an initial appearance and arraignment. The Court set a date of January 30, 2009 for the initial appearance in District Court. The Court agreed to exclude all time under the Speedy Trial Act between December 31, 2008 and January 30, 2009, for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0928 MMC      1

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: January 30, 2009         /s/
        KATHERINE B. DOWLING
        Assistant United States Attorney

DATED: January 30, 2009         /s/
        RONALD TYLER
        Attorney for Defendant

Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from December 31, 2008 through January 30, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: February 2, 2009         HON. ___ M. CHEN
        Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0928 MMC         2