**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVON JACOBS,<br><br>    Defendant.<br>_____ / | No. CR 08-0928 MMC<br><br>**ORDER RE: DOCUMENTS PRODUCED PURSUANT TO SUBPOENAS DIRECTED TO OFFICE OF CITIZEN COMPLAINTS AND SAN FRANCISCO POLICE DEPARTMENT** |

Having reviewed the documents produced, respectively, by the Office of Citizen Complaints and the San Francisco Police Department in response to subpoenas served on April 22, 2009 on behalf of the above-named defendant, the Court finds no such document is subject to disclosure.

**IT IS SO ORDERED.**

Dated: May 11, 2009

_____
MAXINE M. CHESNEY
United States District Judge