BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 436-7700

Attorney for Defendant JACOBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0928 MMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 5, 2009 TO JUNE 17, 2009 |
| TRAVON JACOBS, | ) | |
| Defendant. | ) | |

**STIPULATION**

On April 8, 2009, the parties appeared before the Honorable Maxine Chesney for a hearing on Mr. Jacobs's motion to suppress.  The Court scheduled an evidentiary hearing for June 5, 2009.  In the interim, the parties have negotiated a resolution of the matter which will obviate the need for the evidentiary hearing.  Accordingly, defense counsel contacted the Court and opposing counsel in order to request that the evidentiary hearing be vacated.  Both parties now request that the matter be set for a change of plea hearing on June 17, 2009 at 2:30 p.m.  Defense counsel needs this additional time to finalize preparations for the hearing.  Accordingly, the parties agree as follows:

1.  The parties agree to an exclusion of time from June 5, 2009, to June 17, 2009 under the Speedy Trial Act, based on delay resulting from the aforementioned pretrial motion through the disposition of said motion by way of its expected withdrawal on June 17, 2009.  See 18 U.S.C. §

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0928 MMC

3161(h)(1)(D).

2.  The parties agree that exclusion of time is also appropriate because failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

3.  The parties agree that the ends of justice served by excluding the period from June 5, 2009, to June 17, 2009 outweigh the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:   May 29, 2009                        _____/s/_____
                                             RONALD C. TYLER
                                             Assistant Federal Public Defender
                                             Counsel for Travon Jacobs


DATED:   May 29, 2009                        _____/s/_____
                                             KATHERINE B. DOWLING
                                             Assistant United States Attorney

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0928 MMC**                2

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court hereby vacates the previous hearing date of June 5, 2009 and sets a change of plea hearing for June 17, 2009 at 2:30 p.m.  The Court finds that an exclusion of time between June 5, 2009, and June 17, 2009, is warranted pending final disposition of the defendant's motion to suppress.  See  18 U.S.C. § 3161(h)(1)(D).  The Court further finds that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by such continuance outweigh the best interests of the public and the defendant in a speedy trial.  See  18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.


DATED:  June 1, 2009

HONORABLE MAXINE M. CHESNEY
United States District Court Judge

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0928 MMC                    3