BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JACOBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVON JACOBS, ) <br> ) <br> Defendant. ) <br> _____) | CR-08-0928 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently set for Wednesday, September 9, 2009, be continued to October 7, 2009, at 2:30 p.m. The reason for the continuance is that defense counsel is on leave for the balance of the currently scheduled presentence period and thus unable to complete defense preparations.

    All parties and the probation officer are available on the requested date.

/ /

/ /

/ /

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING;
CR 08-0928 MMC                                    1

IT IS SO STIPULATED.

Dated: August 13, 2009        ____/s/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Travon Jacobs

Dated: August 13, 2009        ____/s/_____
KATHERINE B. DOWLING
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for September 9, 2009 shall be continued to October 7, 2009, at 2:30 p.m.

**IT IS SO ORDERED**.

Dated: August 18, 2009        _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING;
CR 08-0928 MMC                    2