1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | No. CR 08-0928 MMC |
| Plaintiff,          ) | |
| ) | STIPULATION AND ORDER |
| vs.                                                           ) | RELEASING DEFENDANT |
| ) | |
| TRAVON JACOBS,                                    ) | |
| ) | |
| Defendant.         ) | |
| ─────────────────────────── ) | |

TO: United States Marshal Service and North County Jail:

On January 6, 2011, the defendant was taken into custody pursuant to this Court's arrest warrant, as reflected in docket entry number 48. On January 19, 2011, this Court sentenced the defendant to thirty days in custody. Defense counsel avers that the United States Marshal Service has confirmed that the thirty-day period will be completed, as of February 4, 2011. Accordingly, the parties request that the defendant be released from the custody of the United States Marshal Service on February 4, 2011.

//
//
//
//

ORDER RELEASING DEFENDANT
*U.S. v. Jacobs*  CR 08-0928 MMC               - 1 -

IT IS SO STIPULATED.

Dated:   February 3, 2011               ___/s/_____
                                         RONALD C. TYLER
                                         Assistant Federal Public Defender

Dated:   February 3, 2011               ___/s/_____
                                         KATHERINE B. DOWLING
                                         Assistant United States Attorney

The defendant is hereby ordered released from the custody of the United States Marshal Service on February 4, 2011.

IT IS SO ORDERED.

DATED:   February 4, 2011               _____
                                         MAXINE M. CHESNEY
                                         UNITED STATES DISTRICT COURT JUDGE

ORDER RELEASING DEFENDANT
*U.S. v. Jacobs*  CR 08-0928 MMC          - 2 -