(CAN Rev. 09/13)
AO 245B (Rev. 09/11) Judgment in Criminal Case for Revocations
Sheet 1



# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| TRAVON M. JACOBS | ) |
| | ) USDC Case Number: CR-08-0928-001 MMC |
| | ) BOP Case Number: DCAN308CR00928-001 |
| | ) USM Number: 12649-111 |
| | ) Defendant's Attorney: Christopher J. Cannon (appointed) |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  two general conditions, standard conditions 1 & 9  of the term of supervision.
☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failed to Refrain from Unlawful Use of Controlled Substance. | 6/13/2013 |
| Four | Not Commit a New Federal, State, or Local Crime. | 7/16/2013 |
| Six | Shall Not Associate with Any Person Convicted of a Felony. | 7/16/2013 |

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Charges Two, Three, and Five were dismissed on motion by the Government.

☑ ~~The defendant has not violated condition(s)~~ _____ ~~and is discharged as to such violation(s) condition.~~

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7422

Defendant's Year of Birth:  1989

City and State of Defendant's Residence:
Valleio, California 94591

10/16/2013
Date of Imposition of Judgment

*/s/ Maxine M. Chesney*
Signature of Judge
Maxine M. Chesney
Senior U.S. District Court Judge
Name & Title of Judge

10/23/2013
Date

AO 245B (Rev. 09/11) Judgment in Criminal Case for Revocations
Sheet 1A

DEFENDANT: TRAVON M. JACOBS
CASE NUMBER: CR-08-0928-001 MMC

Judgment - Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Seven | Not Leave the Judicial District Without Permission. | 7/16/2013 |

(CAN Rev. 09/13)
AO 245B   (Rev. 09/11) Judgment in Criminal Case for Revocations

DEFENDANT:  TRAVON M. JACOBS
CASE NUMBER:  CR-08-0928-001 MMC

Judgment - Page __3__ of __5__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 11 months.

☑ The Court makes the following recommendations to the Bureau of Prisons:
The inmate be placed in a facility as close as possible to the San Francisco Bay Area to facilitate visits with 18-month old son.

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

  ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

*(CAN Rev. 09/13)*
AO 245B (Rev. 09/11) Judgment in Criminal Case for Revocations
      Sheet 3 -- Supervised Release

DEFENDANT: TRAVON M. JACOBS  
CASE NUMBER: CR-08-0928-001 MMC

Judgment - Page 4 of 5

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
16 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.
The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
- [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*
- [ ] The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

*(CAN Rev. 09/13)*
AO 245B (Rev. 09/11) Judgment in Criminal Case for Revocations
Sheet 3C - Supervised Release

| | |
|---|---|
| DEFENDANT: TRAVON M. JACOBS<br>CASE NUMBER: CR-08-0928-001 MMC | Judgment - Page 5 of 5 |

## SPECIAL CONDITIONS OF SUPERVISION

☐ All conditions as previously imposed

1) The offender shall participate in a substance abuse program that includes treatment and testing, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The offender is to pay for part or all the cost of treatment, in an amount not to exceed the total cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

2) The defendant shall submit his person, property, place of residence, vehicle, and personal effects to a search at any time of the day or night, with or without a warrant, with or without probable cause, and with or without reasonable suspicion, by a probation officer or any federal, state or local law enforcement officer. Failure to submit to such a search may be grounds for revocation. The defendant shall warn any other people in his residence or vehicle that they may be subject to search.

3) The defendant shall not own or posses any firearms, ammunition, destructive devices, or other dangerous weapons.

4) The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5) The defendant shall reside in the Residential Reentry Center for a period of up to six months at the direction of the probation officer.

6) The defendant shall stay away from Western Addition area as defined by the San Francisco County Superior Court Civil Gang Injunction order, unless approved by the probation officer.


The Defendant must pay the total criminal monetary penalties as originally imposed, less any payments already received:

Special Assessment: $100

Fine: $0

Restitution: $0