AO 245D (Rev. AO 09/11-CAN  07/14) Judgment in Criminal Case of Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| | ) | (For **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| | ) | USDC Case Number:  CR-8-00928-001 MMC |
| TRAVON MAURICE JACOBS | ) | BOP Case Number:  DCAN38CR00928-001 |
| | ) | USM Number:        12649-111 |
| | ) | Defendant's Attorney:  Christopher J. Cannon (appointed) |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): <u>a general condition of</u> the term of supervision.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Not Commit a New Federal, State, or Local Crime | 07/23/2014 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑   Government's motion to dismiss charge <u>one</u> granted.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | 9/3/2014 |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  <u>7422</u> | Date of Imposition of Judgment |
| | *[signature]* |
| | Signature of Judge |
| Defendant's Year of Birth:  <u>1989</u> | |
| | The Honorable Maxine M. Chesney |
| City and State of Defendant's Residence: | Senior United States District Judge |
| <u>San Francisco, California</u> | Name & Title of Judge |
| | |
| | 9/5/2014 |
| | Date Signed |

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case
DEFENDANT:  Travon Maurice Jacobs                                                                    Judgment - Page 2 of 2
CASE NUMBER:  CR-08-00928-001 MMC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Fifteen (15) months with no supervised release to follow.

☑ The Court makes the following recommendations to the Bureau of Prisons:  The offender be housed in the Bureau of Prisons closest to the San Francisco Bay Area as possible to facilitate visitations with his two year old son.

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

  ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL